## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:24-00118-JB-6 |
| | ) |
| BRUCE LEE MORELAND, | ) |
|     Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson, and with no objections having been made, the plea of guilty of the Defendant  **BRUCE LEE MORELAND**, to Count One and Count Two of the Indictment is now accepted and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **September 21, 2026, at 10:00 a.m. (Central) in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 26th day of March 2026.


/s/JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE